# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-3300
_____

United States of America

*Plaintiff - Appellee*

v.

Toni Yeager

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: April 2, 2026
Filed: April 7, 2026
[Unpublished]
_____

Before SMITH, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Toni Yeager appeals the sentence the district court[1] imposed after she pleaded guilty to a drug offense pursuant to a written plea agreement. Her counsel has moved

_____

[1]The Honorable Timothy L. Brooks, Chief Judge, United States District Court for the Western District of Arkansas.

to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude the district court did not abuse its discretion in sentencing Yeager. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (standard of review); <u>see also</u> <u>United States v. Timberlake</u>, 679 F.3d 1008, 1012 (8th Cir. 2012) (district court is presumed to have considered mitigating factors counsel discussed at sentencing and has substantial latitude to weigh sentencing factors); <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines range sentence may be presumed reasonable). Further, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw and affirm.

_____